**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00861-CV

———————————

## IN RE KELLY SALAS AND 210 HOSPITALITY, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Kelly Salas and 210 Hospitality, Inc., filed a petition for writ of mandamus challenging two orders signed by the district court in the underlying motor-vehicle-accident personal-injury lawsuit — the first denying Relators' motion for leave to designate Sidney Isaac Gates (husband of Real-Party-in-Interest Siukyn Villacorta Gates) as a responsible third party, and the second granting Real-Party-in-Interest Ziclaly Hurtado's Rule 91a motion to dismiss the contribution

counterclaims filed against her.[1] We issued an order staying trial and requested a response to the petition. Real-Parties-in-Interest filed a response, and Relators filed a reply.

After reviewing the briefing, record, and law, we deny the petition and lift the stay imposed by our February 21, 2025 order. This denial should not be construed as any indication of what evidence is or is not relevant in this lawsuit, or as to what the proper jury charge should be. We deny all other requests for relief and pending motions.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[1] The underlying case is *Zicaly Hurtado and Siukyn Villacorta Gates v. 210 Hospitality, Inc. d/b/a Chick-Fil-A d/b/a Chick-Fil-A Summerwood and Kelly Salas*, Cause No. 2023-03577, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.